HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

**FILED**

**JAN 23 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KAYLEE M LOGAN,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:20-po-00035 JDP

**APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL**

Date: January 28, 2020
Time: 1:00 P.M.
Crtm: Yosemite
Judge: Hon. Jeremy D. Peterson

    Defendant, Kaylee M Logan, through the Federal Defender for the Eastern District of California, hereby requests appointment of Counsel.

    The defendant submits the attached Financial Affidavit as evidence of her inability to retain counsel. On June 4, 2019, Ms. Logan was charged twice with 36 CFR § 2.35 (b) (2) for possession of controlled substance of Marijuana and LSD. Ms. Logan is to appear in court on January 28, 2020 before the Honorable Jeremy D. Peterson, United States Magistrate Judge, in Yosemite National Park. Therefore, after reviewing Ms. Logan's Financial Affidavit, it is respectfully recommended that Counsel be promptly appointed.

    DATED: January 23, 2020

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# O R D E R

Having satisfied the Court that the defendant is financially unable to retain Counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: January 29, 2020

HONORABLE BARBARA A. MCAULIFFE
UNITES STATES MAGISTRATE JUDGE