1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN GERSON, NY Bar #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   KAYLEE LOGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:20-po-00035-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE JANUARY 28, 2020 INITIAL APPEARANCE** |
| vs. | |
| KAYLEE LOGAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Kaylee Logan, to continue the January 28, 2020 initial appearance to February 25, 2020.

On June 4, 2019, Ms. Logan was issued two citations while visiting Yosemite National Park. Her initial appearance has been scheduled for January 28, 2020. Ms. Logan resides Seattle Washington and cannot afford to travel to Yosemite.

Due to financial hardship, the defense requests Ms. Logan be permitted to conduct her initial appearance via video teleconference. The additional time will allow the parties to finalize video conference arrangements. The parties agree the continuance will conserve time and resources for both the parties and the Court. Accordingly, the parties request that the Court continue the January 28, 2020 initial appearance until February 25, 2020, at 10:00 a.m.

|  |  |  |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | McGREGOR W. SCOTT<br>United States Attorney |
| 3 |  |  |
| 4 | Date: January 23, 2020 | */s/ Susan St. Vincent*<br>Susan St. Vincent |
| 5 |  | Yosemite Legal Officer<br>Attorney for Plaintiff |
| 6 |  |  |
| 7 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 |  |  |
| 9 | Date: January 23, 2020 | */s/ Benjamin Gerson*<br>BENJAMIN GERSON |
| 10 |  | Assistant Federal Defender<br>Attorney for Defendant |
| 11 |  | KAYLEE LOGAN |

Logan – Stipulation to Continue

ORDER

The above request (1) to continue the January 28, 2020 initial appearance in Case No. 6:20-po-00035-JDP to February 25, 2020, at 10:00 a.m., and (2) to permit appearance via video teleconference is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   January 25, 2020              /s/ Jeremy Peterson
UNITED STATES MAGISTRATE JUDGE

Logan – Stipulation to Continue

3