HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN GERSON, NY Bar #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
KAYLEE M LOGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:20-PO-00035 JDP |
| *Plaintiff,* | **STIPULATION TO AMEND SENTENCE AND DEJ REQUIREMENTS** |
| vs. | |
| KAYLEE M. LOGAN, | |
| *Defendant.* | |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Kaylee Logan, hereby stipulate and jointly move this court to amend Ms. Logan's sentence and required conditions for a deferred entry of judgement due to the ongoing COVID-19 emergency.

On February 25, 2020 Ms. Logan appeared before the honorable Jeremy Peterson and pleaded guilty to CVB citation 7577984. Ms. Logan was sentenced to 12 months of unsupervised probation, payment of $750.00 in fines and surcharges, and post-plea booking through the U.S. Marshals service. To date Ms. Logan has made one payment of $75.00 and has reported for post-plea booking in Seattle, Washington.

//

Logan – Stipulation to amend sentence         -1-

In mid-April, 2020, Ms. Logan contacted the undersigned defense counsel to report difficulty with her fine payment schedule. Because of the ongoing COVID-19 emergency, the nursery at which she was employed has restricted operations and reduced Ms. Logan's hours.  Ms. Logan now asks the court to adjust her sentence in light of the ongoing health emergency.  The undersigned defense counsel, having discussed various solutions with the government suggests the following: a reduction in the fine amount from $750.00 to $375.00, with the remaining balance converted to community service at a rate of $10.00 per hour, for a total of 37.5 hours of community service. The completion of community service and payment of fees to be remitted on a flexible schedule, allowing for closures and interruptions caused by the COVID-19 emergency. The government does not object.

McGREGOR SCOTT
United States Attorney

Dated:  April 29, 2020            */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park


Dated:  April 29, 2020            HEATHER E. WILLIAMS
Federal Defender

*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
KAYLEE M. LOGAN

ORDER

The sentence and DEJ requirements in case 6:20-PO-00035-JDP is hereby amended as follows:

    Total payment of fines and fees: $375.00
    Community service hours: 37.5

The above requirements are to be completed by December 25, 2020, allowing for flexibility in monthly payments due to the ongoing COVID-19 emergency.

IT IS SO ORDERED.

Dated:   April 30, 2020                                   _____
                                                 UNITED STATES MAGISTRATE JUDGE