Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 213-8743

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAYLEE M. LOGAN,<br><br>Defendant. | No.  6:20-po-00035-HBK<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The Defendant having met all conditions of the Deferred Entry of Judgement, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated:  February 24, 2021            /S/ Sean O. Anderson_____
                                                         Sean O. Anderson
                                                         Legal Officer
                                                         Yosemite National Park

1

ORDER

Upon application of the United States, and good cause having been shown therefor, it is hereby ordered that the matter *United States v. Logan*, case no. 6:20-po-00035-HBK, is dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   February 25, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2